# CASE ANNOUNCEMENTS

*March 28, 2011*

[Cite as *03/28/2011 Case Announcements*, 2011-Ohio-1442.]

## MOTION AND PROCEDURAL RULINGS

**2011–0422. State ex rel. Lemons v. Kontos.**
Trumbull App. No. 2010–T–0101, 2011-Ohio-653. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 2.1(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Trumbull County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2–6.7.

**2011–0427. State ex rel. Hillman v. Holbrook.**
Franklin App. No. 10AP–552. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 2.1(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Franklin County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2–6.7.

## DISCIPLINARY CASES

**2010–2021. Disciplinary Counsel v. Squire.**
This cause is pending before the court upon the filing of findings of fact, conclusions of law, and a recommendation by the Board of Commissioners on Grievances and Discipline.

Upon consideration of relator's motion to strike the attachments to respondent's answer brief, it is ordered that the motion is denied.

O'DONNELL, CUPP, and STEWART, JJ., dissent in part and would grant the motion as to Exhibit B.
MELODY J. STEWART, J., of the Eighth Appellate District, sitting for MCGEE BROWN, J.

## CASE ANNOUNCEMENTS

*March 28, 2011*

[Cite as *03/28/2011 Case Announcements #2*, 2011-Ohio-1477.]

## MOTION AND PROCEDURAL RULINGS